Plaintiffs shall file a response no later than **April 10, 2026**. No reply may be filed absent prior leave of Court. The Answer deadline is hereby STAYED pending resolution of this motion.

SO ORDERED.

March 31, 2026

LERNER DAVID LLP
20 Commerce Drive, Ste. 400
Cranford, NJ  07016
Tel:    908.654.5000
Email: litigation@lernerdavid.com

*Attorneys for Defendants Easy Spirit*
 *LLC and Marc Fisher Holdings LLC,*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II, | : | **ECF CASE** |
| | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 1:26-cv-755-JMF-SN |
| v. | : | |
| | : | Jesse M. Furman, U.S.D.J. |
| EASY SPIRIT LLC and | : | Sarah Netburn, U.S.M.J. |
| MARC FISHER HOLDINGS LLC, | : | |
| | : | |
| Defendants. | x | |

### DEFENDANTS' NOTICE OF MOTION TO STAY THE PROCEEDINGS

**PLEASE TAKE NOTICE** that Defendants Easy Spirit LLC and Marc Fisher Holdings LLC (collectively "Defendants"), by and through their undersigned counsel, respectfully move the Court to stay this case pending the resolution of Skechers' Counterpart Case (*i.e., Skechers U.S.A., Inc. et al v. ABG Rockport LLC, MF-RFC LLC, MFF-NW et al.*, SDNY Case No. 1:24-cv-06708-ALC), in which the validity of the patents asserted in this case has been challenged.  This motion is based on the Notice of Motion, the supporting Memorandum of Law, the Declaration of Bronson M. Bonnett, and any other written and oral argument that may be presented to the Court.

10165724_1.docx

WHEREFORE, Defendants respectfully request that the Court grant their motion to stay the proceedings.

Respectfully submitted,

LERNER DAVID LLP
20 Commerce Drive, Ste. 400
Cranford, NJ  07016

Dated:_____March 30, 2026_____    By:___/s/ Bronson M. Bonnett_
                                            Bronson M. Bonnett
                                            Stephen F. Roth
                                            Jason H. Kasner
                                            Tel:   908.654.5000
                                            Email: bbonnett@lernerdavid.com
                                                   sroth@lernerdavid.com
                                                   jkasner@lernerdavid.com
                                                   litigation@lernerdavid.com

*Attorneys for Defendants Easy Spirit*
*LLC and Marc Fisher Holdings LLC*

10165724_1.docx