USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 08/24/26

**Via ECF**
Confirmation Email to: Moses_NYSDChambers@nysd.uscourts.gov

The Honorable Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Skechers U.S.A., Inc. et al. v. ABG Rockport LLC et al.*, No. 24-cv-06708
*Skechers U.S.A., Inc. et al. v. Easy Spirit LLC et al.*, No. 26-cv-755

To the Honorable Judge Moses:

The Parties are currently preparing the Joint Status Letter pursuant to the Court's Order and the upcoming status conference on August 31, 2026 (Dkt. Nos. 124, 48), and have a number of discovery disputes presently pending. In the interests of narrowing and focusing the issues for the Court's consideration, the Parties hereby respectfully request a one (1) day extension to **August 25, 2026** for the filing of the Joint Status Letter.

Dated: August 24, 2026

By: */s/ Ian Washburn*

Ian Washburn (admitted *pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: iwashburn@irell.com

*For Plaintiffs SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II*

By: */s/ Stephen Roth*

Stephen F. Roth
**LERNER DAVID LLP**
20 Commerce Drive, Ste. 400
Cranford, NJ 07016
Tel: 908.654.5000
sroth@lernerdavid.com

*For Defendants ABG Rockport LLC, Authentic Brands Group LLC, MF-RFC LLC, and MFF-NW LLC*

Application GRANTED. The parties are reminded that appropriate discovery disputes should be brought to the Court's attention in accordance with Section 2.b of my individual practices.

SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 24, 2026