USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/31/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II,

Plaintiffs,

-against-

ABG ROCKPORT LLC, et al.,

Defendants.

24-CV-6708 (ALC) (BCM)

**ORDER**

SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II,

Plaintiffs,

-against-

EASY SPIRIT LLC and MARC FISHER HOLDINGS LLC,

Defendants.

26-CV-755 (ALC) (BCM)

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the August 31, 2026 status conference, held in both *Skechers U.S.A., et al. v. ABG Rockport LLC, et al.*, No. 24-CV-6708 and *Skechers U.S.A., et al. v. Easy Spirit LLC, et al.*, No. 26-CV-755:

1. The discovery deadlines in these related cases are EXTENDED as set forth below:

   Close of fact discovery: **February 12, 2027**;

   Opening expert reports: **March 12, 2027**;

   Rebuttal expert reports: **April 9, 2027**; and

   Close of all discovery: **April 22, 2027**.

2. Absent stipulation of counsel or good cause shown, neither side may take more than 16 Rule 30(b)(1) depositions. This cap is cumulative across these related cases.

3. The next status conference in these related cases will take place on **January 13, 2027**, at **10:00 a.m.** No later than **January 6, 2027**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
August 31, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**